859 A.2d 687

FREDRICK POLUHOVICH, PLAINTIFF–RESPONDENT, v. ALEJANDRA PELLERANO, DEFENDANT–MOVANT.

September 10, 2004.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider on an accelerated basis the question whether jurisdiction is proper in New Jersey.